JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SEAN CLARK,<br><br>Defendant. | NO. CR16-00290-RAJ<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND PRETRIAL MOTIONS DEADLINE |

THE COURT, having considered the stipulated motion to extend the deadline for pretrial motions, GRANTS the motion (Dkt. #29).

IT IS ORDERED that the due date for pretrial motions is extended from May 15, 2017 to May 26, 2017.

DATED this 22nd day of May, 2017.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER TO EXTEND PRETRIAL
MOTIONS DEADLINE - 1
(*United States v. Sean Clark,* CR16-000290- RAJ)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**