Judge Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEAN CLARK,<br><br>Defendant. | No. CR16-290-RAJ<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property:

1. One (1) Toshiba HD with serial number 95RGC5ROT;
2. One (1) Hewlett Packard laptop; and
3. Any and all images of child pornography, in whatever format and however stored.

The Court, having reviewed the record in this matter, FINDS:

In the plea agreement he entered on May 25, 2017, Defendant SEAN CLARK ("the Defendant") forfeited his interest in the above-listed property pursuant to 18 U.S.C. § 2253. Dkt. No. 33, ¶ 6;

FINAL ORDER OF FORFEITURE - 1
*U.S. v. Clark,* CR16-290-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- On September 8, 2017, the Court entered a Preliminary Order of Forfeiture finding the above-listed property forfeitable pursuant to 18 U.S.C. § 2253 and forfeiting the Defendant's interest in it. Dkt. No. 43;
- The United States published notice of the forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C), Dkt. No. 45; and,
- The time for filing third-party petitions has expired, and none were filed.

THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The above-listed property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The Department of Homeland Security, and/or its representatives, are authorized to dispose of the above-listed property as permitted by governing law.

IT IS SO ORDERED.

DATED this 21st day of February, 2018.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

FINAL ORDER OF FORFEITURE - 2
*U.S. v. Clark,* CR16-290-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970